FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MAURICE RASHADD FITZGERALD, <br> Defendant. | Case No.: MJ-24-07001 <br> ORDER OF DETENTION <br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **District of Nevada** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **alleged failure to report to probation and report change of address and law enforcement contacts; insufficient/minimal bail resources in context of this case**

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _arrests in 2024, after release from state prison; serious and extensive criminal history_

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 21, 2024

_Alicia G. Rosenberg_
ALICIA G. ROSENBERG
United States Magistrate Judge